

**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19360/8092938

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Marilyn Seider<br>　　　　Debtors.<br>_____<br>Wells Fargo Home Mortgage, Inc<br>　　　　Movant,<br>　　vs.<br><br>Marilyn Seider, Debtors; Russell A. Brown, Trustee.<br><br>　　　　Respondents. | No. 2:09-bk-16740-GBN<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 17) |

　　　This matter having come before the Court for a Preliminary Hearing on December 14, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Anthony W. Clark, and good cause appearing,

　　　**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated, **effective January 15, 2010** as to Movant with respect to that certain real property which is subject of a Deed of Trust dated April 26, 2000,

in the office of the Maricopa County Recorder wherein Wells Fargo Home Mortgage, Inc is the current beneficiary and Marilyn Seider have an interest in, further described as:

Lot 317, CRYSTAL GARDENS PARCEL 2B, according to Book 427 of Maps, page 9, and Affidavit of Correction recorded at Recorders No. 97-320364, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT